LF-10 (rev. 12/01/09) Page 1 of 2

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**www.flsb.uscourts.gov**

In re:                                                                                          Case No.
                                                                                                    Chapter 7

OTALORA, Jaime

_____debtor /

### DECLARATION REGARDING PAYMENT ADVICES

**Debtor**:
_____Copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days.
_____)

_____Copies of all payment advices **are not** attached because the debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

_X__Copies of all payment advices **are not** attached because the debtor:
          _____receives disability payments
          _____is unemployed and does not receive unemployment compensation
          _____receives Social Security payments
          _____receives a pension
          _____does not work outside the home
          _X____is self employed and does not receive payment advices

_____None of the statements above apply, however, the debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
Explain:_____

**Joint Debtor (if applicable):**
_____Copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days.
_____)

_____Copies of all payment advices **are not** attached because the debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

_____Copies of all payment advices **are not** attached because the debtor:
_____receives disability payments
_____is unemployed and does not receive unemployment compensation
_____receives Social Security payments
_____receives a pension
_____does not work outside the home
_____is self employed and does not receive payment advices

_____None of the statements above apply, however, the debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
Explain:_____

*NOTE: When submitting copies of evidence of payment such as pay stubs or payment advices, it is your responsibility to redact (blackout) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching for filing with the court. See Local Rule 5005-1(A)(2).*

/S/ Maite L. Diaz, Esq._____                    Date: March 25, 2013
Signature of Attorney or Debtor


                                                    Date:

Signature of Joint Debtor, if applicable