UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:  CASE NO.: 13-16746-BKC-RAM
  Chapter 7

**JAIME OTALORA**
SSN: XXX-XX-2199
_____Debtor._____/

**TRUSTEE, JOEL L. TABAS' OBJECTION TO DEBTOR'S SCHEDULED VALUATION AND CLAIMED EXEMPTION OF SCHEDULED PROPERTY**

Joel L. Tabas, as Chapter 7 Trustee of the Bankruptcy Estate of Jaime Otalora (the "Trustee"), through counsel and pursuant to 11 U.S.C. §§ 522, 541 and 542, and Federal Rule of Bankruptcy Procedure 4003, files this Objection to Debtor's Scheduled Valuation and Claimed Exemption of Scheduled Property (the "Objection"), and in support thereof, states as follows:

1. This case commenced as a Chapter 7 proceeding on March 26, 2013.

2. The § 341 Meeting of Creditors was scheduled and held on May 15, 2013.

3. Accordingly, the last day for the Trustee to object to the Debtor's claimed exemptions is June 17, 2013.

4. The Trustee objects to the scheduled valuation and claimed exemption of all property, including but not limited to scheduled value of Citibank Checking Account (#1319) and household goods, claimed as exempt by the Debtor to the extent that the actual Petition Date fair market value of said property, when combined with the Debtor's other non-exempt assets, causes the Debtor to exceed the available $5,000.00 per person personal property exemption, and the $1,000.00 per person vehicle exemption under Florida law, or to the extent that any claimed exempt property was converted from non-exempt assets in derogation of Fla. Stat. §§ 222.29 and 222.30, and any other applicable law.

CASE NO.: 13-16746-BKC-RAM

5. The non-exempt property is property of the Estate pursuant to 11 U.S.C. §541 and subject to turnover pursuant to 11 U.S.C. § 542.

**WHEREFORE**, Joel L. Tabas, as Chapter 7 Trustee of the Bankruptcy Estate of Jaime Otalora, respectfully requests this Honorable Court enter an Order (1) sustaining the instant Objection, and (2) granting such other and further relief this Court deems just and proper.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on June 14, 2013, a true and correct copy of the foregoing was served via electronic transmission to the parties who are currently on the list to receive e-mail notice/service for this case, and via U.S. Mail to:

Jaime Otalora
1650 GALIANO ST
APT 8
Miami, FL 33134-4305

    Respectfully submitted,

    /s/ Joel L. Tabas
    Joel L. Tabas
    Fla. Bar No. 516902
    Tabas, Freedman, Soloff, Brown & Rigali, P.A.
    Attorneys for Trustee, Joel L. Tabas
    One Flagler Building
    14 Northeast First Avenue - Penthouse
    Miami, Florida 33132
    Telephone: (305) 375-8171
    Facsimile: (305) 381-7708
    E-mail: jtabas@tabasfreedman.com