

**ORDERED in the Southern District of Florida on January 6, 2014.**

Robert A. Mark, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                        CASE NO.:  13-16746-BKC-RAM
                                                              Chapter 7
**JAIME OTALORA**
SSN: XXX-XX-2199
_____Debtor._____/

### ORDER GRANTING TRUSTEE'S MOTION TO APPROVE STIPULATION FOR COMPROMISE AND SETTLEMENT REGARDING VALUATION AND REPURCHASE OF DEBTOR'S NON-EXEMPT ASSETS

**THIS CAUSE** having come before the Court upon Joel L. Tabas, Trustee's Motion to Approve Stipulation for Compromise and Settlement Regarding Valuation and Repurchase of Debtor's Non-Exempt Assets (the "Motion"), and the Court, having reviewed the Motion and the Certificate of No Response, having noted that no objections were filed, finding that the settlement subject of the Motion meets the criteria set forth in *In re Justice Oaks II. Ltd.*, 898 F.2d 1544 (11th Cir. 1990) and thus, is in the best interests of this Estate, and finding that the notice of the proposed compromise and

CASE NO.: 13-16746-BKC-RAM

settlement is sufficient to comply with Bankruptcy Rules 9019 and 2002(a)(3), Local Rule 9013-1(D), and any other applicable notice requirement, it is

**ORDERED** as follows:

1. The Motion is granted.

2. The compromise and settlement is approved on the terms and conditions set forth in the Motion and the Stipulation attached to the Motion, and as follows:

The Trustee and the Debtor agree that the Settlement Amount provides for the repurchase of the Debtor's interest in the following:

| ASSET DESCRIPTION | PRORATION % | SETTLED VALUE OF ASSET |
|---|---|---|
| *Citibank Checking Account *1319* | 1.49% | $ 118.94 |
| *Chase Checking #0797* | 0.00% | $ .01 |
| *security deposit with landlord* | 9.28% | $ 742.37 |
| *cash* | 0.15% | $ 11.88 |
| *HHG (furniture and housewares)* | 11.14% | $ 890.85 |
| *HHG (clothing)* | 1.48% | $ 118.78 |
| *decorations and miscellaneous items* | 2.23% | $ 178.17 |
| *watch* | 0.00% | $ 0.01 |
| *post-petition rents on the 7011 N Kendon Property* | 74.24% | $ 5,939.00 |

The Trustee and the Debtor agree that the Settlement Amount shall be paid in twenty-four (24) consecutive monthly installments of $353.34 each month, with the first payment to be made on or before January 5, 2014 and each subsequent payment due on the same day each month thereafter until a total amount of $8,480.16 is paid in full. This amount includes an additional fee of $20.00 per month, which represents the anticipated bank fees and administrative expenses incurred by the Estate during the pendency of the repayment term.

3. The Court incorporates the terms of the Stipulation into this Order and retains jurisdiction to enforce the terms thereof.

# # #

Submitted by:
Joel L. Tabas
Tabas, Freedman & Soloff, P.A.
One Flagler Building
14 N.E. First Avenue, Penthouse
Miami, Florida  33132
Telephone: (305) 375-8171
Facsimile: (305) 381-7708
joel@tabasfreedman.com

Copy furnished to:
Joel L. Tabas
Joel L. Tabas, Esq. shall serve copies of this Order on all interested parties and file a certificate of service.