FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case No: | 13-16746 RAM Judge: ROBERT A. MARK | Trustee Name: | JOEL L. TABAS, TRUSTEE |
|---|---|---|---|
| Case Name: | OTALORA, JAIME | Date Filed (f) or Converted (c): | 03/26/13 (f) |
| | | 341(a) Meeting Date: | 04/29/13 |
| For Period Ending: | 09/30/14 | Claims Bar Date: | 03/13/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. Cash<br>    Cash on hand<br>    Order Granting Motion to Approve Stipulation for Compromise and<br>    Settlement, 01/07/2014 (ECF 41) | 20.00 | 11.88 | | 11.88 | FA |
| 2. Financial Accounts<br>    Checking Account ending in: 1319 Bank: Citibank<br>    Included in Settlement with Asset # 1 | 200.28 | 118.95 | | 118.94 | FA |
| 3. Security Deposits<br>    Security Deposit w Landlord<br>    Included in Settlement with Asset # 1 | 1,250.00 | 742.37 | | 742.37 | FA |
| 4. Household Goods<br>    Furniture and housewares<br>    Included in Settlement with Asset # 1 | 1,500.00 | 890.95 | | 890.95 | FA |
| 5. Books / Collectibles<br>    Decorative Items Lamps, Mirrors, Artificial Plants, Art Frames, Picture<br>    Frames, Family Pictures, Curtains, Candles, Candle Holders, Decorative<br>    Throw Pillows, Rugs, Decorative Wall Plaques, Decorative Wall Plates,<br>    Decorative Wall Clock, Glass Vases, Ceramic Vases, Knick Knacks,<br>    Centerpieces and Other Miscellaneous decorative items.<br>    Included in Settlement with Asset # 1 | 300.00 | 178.17 | | 178.17 | FA |
| 6. Wearing Apparel<br>    Assorted Apparel | 200.00 | 118.78 | | 118.78 | FA |

LFORM1      Ver: 18.03a

Case No: 13-16746 RAM Judge: ROBERT A. MARK  
Case Name: OTALORA, JAIME  

Trustee Name: JOEL L. TABAS, TRUSTEE  
Date Filed (f) or Converted (c): 03/26/13 (f)  
341(a) Meeting Date: 04/29/13  
Claims Bar Date: 03/13/14  

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Included in Settlement with Asset # 1 | | | | | |
| 7. Furs and Jewelry | 0.00 | 0.01 | | 0.01 | FA |
| Costume Jewlery- Man's watch | | | | | |
| Included in Settlement with Asset # 1 | | | | | |
| 8. Financial Accounts (u) | 0.00 | 0.01 | | 0.01 | FA |
| Financial Account Chase Checking (*0797) | | | | | |
| Included in Settlement with Asset # 1 | | | | | |
| 9. Other (u) | 0.00 | 5,938.99 | | 765.61 | 5,653.38 |
| Post Petition Rents | | | | | |
| Included in Settlement with Asset # 1 | | | | | |
| 10. 7011 N Kenton Ave, Lincolnwood, IL 60712 (u) | 0.00 | 0.00 | OA | 0.00 | FA |
| Trustee's Notice of Abandonment, 09/30/2014 (ECF 48) | | | | | |
| 11. Rent 7011 N Kenton Ave, Lincolnwood, IL (u) | 0.00 | 0.00 | | 2,000.00 | FA |
| Turnover of rents pursuant to the Stipulation, 12/11/13 (ECF 38) | | | | | |
| Included in Settlement agreement with Asset #1 | | | | | |
| TOTALS (Excluding Unknown Values) | $3,470.28 | $8,000.11 | | $4,826.72 | Gross Value of Remaining Assets $5,653.38 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

LFORM1    Ver: 18.03a

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3

| | | |
|---|---|---|
| Case No: | 13-16746    RAM    Judge: ROBERT A. MARK | Trustee Name:    JOEL L. TABAS, TRUSTEE |
| Case Name: | OTALORA, JAIME | Date Filed (f) or Converted (c):    03/26/13 (f) |
| | | 341(a) Meeting Date:    04/29/13 |
| | | Claims Bar Date:    03/13/14 |

The Trustee is monitoring payments from the Debtor(s) for the repurchase of non-exempt asset(s). The Debtor(s) have agreed to maintain full liability and property damage insurance on the vehicle(s) for the duration of the settlement period or until such time as the full settlement amount is paid.

Initial Projected Date of Final Report (TFR): 12/20/14    Current Projected Date of Final Report (TFR): 12/20/15

LFORM1    Ver: 18.03a

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| Case No: | 13-16746 -RAM | Trustee Name: | JOEL L. TABAS, TRUSTEE |
|---|---|---|---|
| Case Name: | OTALORA, JAIME | Bank Name: | Union Bank |
|  |  | Account Number / CD #: | *******5403  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9372 |  |  |
| For Period Ending: | 09/30/14 | Blanket Bond (per case limit): | $ 1,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 01/06/14 | * NOTE * | JAIME OTALORA | Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement; 01/07/2014 (ECF 41) |  | 353.34 |  | 353.34 |
|  |  |  | * NOTE *  Properties 1, 2, 3, 9 |  |  |  |  |
|  |  | ASSET 1 | Memo Amount:          11.88 | 1129-000 |  |  |  |
|  |  | ASSET 2 | Memo Amount:        118.94 | 1129-000 |  |  |  |
|  |  | ASSET 3 | Memo Amount:        202.52 | 1129-000 |  |  |  |
|  |  | BANK FEES | Memo Amount:          20.00 | 1290-000 |  |  |  |
| 02/13/14 | 3, 9 | JAIME OTALORA | Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement; 01/07/2014 (ECF 41) |  | 353.34 |  | 706.68 |
|  |  | ASSET 3 | Memo Amount:        333.34 | 1129-000 |  |  |  |
|  |  | BANK FEES | Memo Amount:          20.00 | 1222-000 |  |  |  |
| 02/21/14 | 11 | JAIME OTALORA | Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement; 01/07/2014 (ECF 41) | 1222-000 | 500.00 |  | 1,206.68 |
| 02/21/14 | 11 | JAIME OTALORA | Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement; 01/07/2014 (ECF 41) | 1222-000 | 500.00 |  | 1,706.68 |
| 02/21/14 | 11 | JAIME OTALORA | Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement; 01/07/2014 (ECF 41) | 1222-000 | 500.00 |  | 2,206.68 |

Page Subtotals        2,206.68        0.00

LFORM24

Ver: 18.03a

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

| Case No: | 13-16746 -RAM | Trustee Name: | JOEL L. TABAS, TRUSTEE |
|---|---|---|---|
| Case Name: | OTALORA, JAIME | Bank Name: | Union Bank |
|  |  | Account Number / CD #: | *******5403 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9372 |  |  |
| For Period Ending: | 09/30/14 | Blanket Bond (per case limit): | $ 1,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/21/14 | 11 | JAIME OTALORA | Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement; 01/07/2014 (ECF 41) | 1222-000 | 500.00 | | 2,706.68 |
| 03/12/14 | 3, 4, 9 | JAIME OTALORA | Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement; 01/07/2014 (ECF 41) | | 353.34 | | 3,060.02 |
| | | BANK FEES | Memo Amount:  20.00 | 1222-000 | | | |
| | | ASSET 3 | Memo Amount:  206.51 | 1129-000 | | | |
| | | ASSET 4 | Memo Amount:  126.83 | 1129-000 | | | |
| 04/08/14 | 4, 9 | JAIME OTALORA | Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement; 01/07/2014 (ECF 41) | | 353.34 | | 3,413.36 |
| | | BANK FEES | Memo Amount:  20.00 | 1222-000 | | | |
| | | ASSET 4 | Memo Amount:  333.34 | 1129-000 | | | |
| 04/25/14 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 3,398.36 |
| 05/27/14 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 3,383.36 |
| 06/02/14 | 4, 9 | JAIME OTALORA | Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement; 01/07/2014 (ECF 41) | | 353.34 | | 3,736.70 |
| | | BANK FEES | Memo Amount:  20.00 | 1222-000 | | | |
| | | ASSET 4 | Memo Amount:  333.34 | 1129-000 | | | |
| 06/25/14 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 3,721.70 |

Page Subtotals  1,560.02  45.00

LFORM24

Ver: 18.03a

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 13-16746 -RAM | Trustee Name: | JOEL L. TABAS, TRUSTEE |
|---|---|---|---|
| Case Name: | OTALORA, JAIME | Bank Name: | Union Bank |
| | | Account Number / CD #: | *******5403  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9372 | | |
| For Period Ending: | 09/30/14 | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/02/14 | * NOTE * | JAIME OTALORA | Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement; 01/07/2014 (ECF 41) * NOTE *  Properties 4, 5, 6, 9 | | | 353.34 | | 4,075.04 |
| | | BANK FEES | Memo Amount: | 20.00 | 1290-000 | | | |
| | | ASSET 4 | Memo Amount: | 97.44 | 1129-000 | | | |
| | | ASSET 5 | Memo Amount: | 178.17 | 1129-000 | | | |
| | | ASSET 6 | Memo Amount: | 57.73 | 1129-000 | | | |
| 07/22/14 | * NOTE * | JAIME OTALORA | Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement; 01/07/2014 (ECF 41) * NOTE *  Properties 6, 7, 8, 9 | | | 353.34 | | 4,428.38 |
| | | BANK FEES | Memo Amount: | 20.00 | 1290-000 | | | |
| | | ASSET 6 | Memo Amount: | 61.05 | 1129-000 | | | |
| | | ASSET 7 | Memo Amount: | 0.01 | 1129-000 | | | |
| | | ASSET 8 | Memo Amount: | 0.01 | 1229-000 | | | |
| | | ASSET 9 | Memo Amount: | 272.27 | 1229-000 | | | |
| 07/25/14 | | Union Bank | BANK SERVICE FEE | | 2600-000 | | 15.00 | 4,413.38 |
| 08/25/14 | | Union Bank | BANK SERVICE FEE | | 2600-000 | | 15.00 | 4,398.38 |
| 09/02/14 | 9 | JAIME OTALORA | Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement; 01/07/2014 (ECF 41) | | | 353.34 | | 4,751.72 |
| | | ASSET 9 | Memo Amount: | 333.34 | 1222-000 | | | |
| | | BANK FEES | Memo Amount: | 20.00 | 1222-000 | | | |
| | | | Page Subtotals | | | 1,060.02 | 30.00 | |

Ver: 18.03a

LFORM24

FORM 2

Page: 4

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-16746 -RAM | Trustee Name: | JOEL L. TABAS, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | OTALORA, JAIME | Bank Name: | Union Bank |
| | | Account Number / CD #: | *******5403  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9372 | | |
| For Period Ending: | 09/30/14 | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/25/14 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,736.72 |

| | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Memo Allocation Receipts: | 2,826.72 | COLUMN TOTALS | | 4,826.72 | 90.00 | 4,736.72 |
| | Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 4,826.72 | 90.00 | |
| | Memo Allocation Net: | 2,826.72 | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 4,826.72 | 90.00 | |
| | | | | | | NET | ACCOUNT |
| | Total Allocation Receipts: | 2,826.72 * | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| | Total Allocation Disbursements: | 0.00 * | Checking Account (Non-Interest Earn - ********5403 | | 4,826.72 | 90.00 | 4,736.72 |
| | | | | | ----------------------- | ----------------------- | ----------------------- |
| | Total Memo Allocation Net: | 2,826.72 | | | 4,826.72 | 90.00 | 4,736.72 |
| | | | | | ============ | ============ | ============ |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals         0.00         15.00

Ver: 18.03a

LFORM24